USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    - v. -

TONY EDWARDS,

                  Defendant.

- - - - - - - - - - - - - - - - - - - x

ORDER

12 Cr. 007 (KMW)
02 Cr. 261 (KMW)

WHEREAS, with the defendant's consent, his guilty plea allocution to the Indictment filed in 12 Cr. 007 (KMW) (the "Indictment") was made before a United States Magistrate Judge on September 10, 2012;

WHEREAS, with the defendant's consent, his admission allocution to the Violation of Supervised Release Specification filed in 02 Cr. 261 (KMW) (the "Specification") was also made before the United States Magistrate Judge on September 10, 2012;

WHEREAS, a transcript of the defendant's guilty plea to the Indictment and admission to the Specification was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea to the Indictment and the admission to the Specification knowingly and

voluntarily and that there was a factual basis for the guilty plea and admission;

IT IS HEREBY ORDERED that the defendant's guilty plea to the Indictment and his admission to the Specification are accepted.

Dated:  New York, New York
        October 22, 2012

_____
THE HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK